

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00195-CR

Guillermo **MORALES** III,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7388
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

District Clerk's Notification of Late Record is hereby NOTED. Time is extended to October 29, 2021. No further extensions absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court